**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WENDY WAGNER,** *et al.*, <br><br>    Plaintiffs, <br><br>        v. <br><br> **FEDERAL ELECTION COMMISSION,** <br><br>    Defendant. | Civil Action No. 11-1841 (JEB) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiffs' Motion for a Preliminary Injunction is DENIED; and

2. The parties shall appear for a status conference at 9:45 a.m. on April 26, 2012, in Courtroom 19.

**SO ORDERED**.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:  April 16, 2012